KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW, P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorneys for Plaintiff Stormborn Technologies, LLC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STORMBORN TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TOPCON POSITIONING SYSTEMS, INC.,<br><br>*Defendant*. | CASE NO.: 3:19-cv-07804-WHO<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Stormborn Technologies, LLC and Defendant Topcon Positioning Systems, Inc. (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Dismiss ("Motion") on December 31, 2019 (Docket No. 16), and a hearing on the Motion is set for February 5, 2020;

WHEREAS, Plaintiff's response to the Motion was originally due by January 14, 2020, and Defendant's reply was due by January 21, 2020;

WHEREAS, Plaintiff requests additional time to respond to the Motion to allow counsel sufficient time to address the Motion that seeks to invalidate all claims in the asserted patent;

WHEREAS, no party will be prejudiced by this extension;

WHEREAS, this is Plaintiff's first request for an extension of time in connection with this Motion;

NOW, THEREFORE, the Parties, by and through the undersigned counsel, hereby request that the Court extend Plaintiff's time to respond to the Motion to Dismiss from January 14, 2020 to **January 21, 2020**, and Defendant's time to reply from January 21, 2020 to **February 4, 2020**.

FURTHER, the Parties request that the hearing currently scheduled for February 5, 2020 at 2:00 p.m. be continued to March 4, 2020 at 2:00 p.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 14, 2020 | Respectfully submitted, |
| | |
| OF COUNSEL: | /s/*Kirk J. Anderson* |
| | KIRK. J. ANDERSON (SBN 289043) |
| | kanderson@budolaw.com |
| Howard L. Wernow | BUDO LAW, P.C. |
| (*pro hac vice forthcoming*) | 5610 Ward Rd., Suite #300 |
| SAND, SEBOLT & WERNOW CO., LPA | Arvada, CO 80002 |
| Aegis Tower - Suite 1100 | (720) 225-9440 (Phone) |
| 4940 Munson Street, N. W. | (720) 225-9331 (Fax) |
| Canton, Ohio 44718 | |
| Phone: 330-244-1174 | ATTORNEYS FOR PLAINTIFF |
| Fax: 330-244-1173 | |
| howard.wernow@sswip.com | |
| | |
| Neil J. McNabnay, *pending pro hac vice* | /s/*Rodeen Talebi* |
| Texas Bar No. 24002583 | RODEEN TALEBI (SBN 320392) |
| mcnabnay@fr.com | FISH & RICHARDSON P.C. |
| Ricardo J. Bonilla, *pending pro hac vice* | 500 Arguello Street, Suite 500 |
| Texas Bar No. 24082704 | Redwood City, CA 94063 |
| rbonilla@fr.com | (650) 839-5070 (Phone) |
| Michael A. Vincent, *pending pro hac vice* | (650) 839-5071 (Fax) |
| Texas Bar No. 24105738 | |
| vincent@fr.com | |
| FISH & RICHARDSON, P.C. | ATTORNEYS FOR DEFENDANT |
| 1717 Main Street, Suite 5000 | |
| Dallas, Texas 75201 | |
| Telephone: (214) 747-5070 | |
| Facsimile: (214) 747-2091 | |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 15, 2020

_____
Honorable Judge William H. Orrick
United States District Court Judge