UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMBORN TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TOPCON POSITIONING SYSTEMS, INC.,<br><br>        Defendant. | Case No. 19-cv-07804-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 52 |

The parties have advised the court that they have agreed to a settlement of this case. Dkt. No. 52. **IT IS HEREBY ORDERED** that this case be dismissed with prejudice. However, if any party certifies to this court, within **ninety (90) days**, that settlement has not occurred, or that settlement of the claims is without prejudice, this Order shall be vacated and the case reopened.

Dated: May 14, 2020

_____
WILLIAM H. ORRICK
United States District Judge